ACCEPTED
15-25-00182-cv
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
11/20/2025 10:33 AM
CHRISTOPHER A. PRINE
CLERK

**No. 15-25-00182-CV**

In the Court of Appeals
for the Fifteenth Judicial District
Austin, Texas

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
11/20/2025 10:33:43 AM
CHRISTOPHER A. PRINE
Clerk

**Texas Health and Human Services Commission, Et Al.,**
*Appellants*,

v.

**Kenneth Collier, Taneshu Collier, TRELS Home for Children, and TRELS Home LLC**
*Appellees*.

On Appeal from the 345th Judicial District Court, Travis County, Texas
Cause Number D-1-GN-25-004379

**Appellants' Opposed First Motion for Extension of Time
to File Appellants' Brief**

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney
General

AUSTIN KINGHORN
Deputy Attorney General for Civil
Litigation

KIMBERLY GDULA
Chief for General Litigation Division

KELSEY HANSON
Assistant Attorney General
Texas Bar No. 24096654

Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(737) 224-1244| FAX: (512) 320-0667
Kelsey.hanson@oag.texas.gov

# MOTION TO EXTEND

1. Appellants ask the Court to grant an extension of fourteen (14) days to file their brief, extending the due date from December 2, 2025, to **December 16, 2025**.

2. This is Appellants' first request for an extension of time to file their brief.

3. Good cause exists for the Court to grant this extension.

4. The undersigned counsel, Kelsey Hanson, (1) must prepare for and attend a hearing setting on another client's *Plea to the Jurisdiction and Motion to Stay Discovery* in Cause No. D-1-GN-24-003265 in Travis County District Court on November 25, 2025; and (2) the undersigned counsel's office is closed on November 27, 2025, and November 28, 2025, for the Thanksgiving holiday.

5. Additionally, Appellants' client representatives who will need to review and approve of the Appellants' brief prior to filing also have office closures for their respective agencies the week of November 24, 2025, as well as personal commitments related to the Thanksgiving holiday the week of November 24, 2025.

6. Due to these reasons and other time constraints, Appellants require additional time to submit their Appellants' Brief.

7. This extension is not being sought for purposes of delay but so that justice may be done.

8. The undersigned counsel conferred with counsel for Appellees, Ms. Kyle Ferguson, via email on November 20, 2025, and Ms. Kyle Ferguson indicated that Appellees are opposed to Appellants' request for a 14-day extension of the due date for Appellants' Brief.

9. All facts recited in this motion are within the personal knowledge of the undersigned counsel, so no verification is necessary under Texas Rule of Appellate Procedure 10.2.

## PRAYER

Appellants request that this motion be granted, extending the time for filing Appellants' Brief to December 16, 2025.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

KIMBERLY GDULA
Chief for General Litigation Division

KELSEY HANSON
Assistant Attorney General
Texas Bar No. 24096654

Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(737) 224-1244| FAX: (512) 320-0667
Kelsey.hanson@oag.texas.gov

## CERTIFICATE OF CONFERENCE

Kelsey Hanson conferred with Ms. Kyle Ferguson, counsel for Appellees, by email on November 20, 2025. Appellees are opposed to this motion.

/s/ Kelsey Hanson
KELSEY HANSON
Assistant Attorney General

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was filed electronically and that notice of this filing will be sent to the following persons through File & Serve Texas's electronic filing system on **November 20, 2025**:

Kyle Ferguson
John Ferguson
Meghan Rudnai
Ferguson Law Practice, PLLC
1017 RR 620 S., Suite 222
Lakeway, TX 78734
Telephone: (512) 996-5407
*Attorneys For Appellees*

/s/ Kelsey Hanson
**Kelsey Hanson**
Assistant Attorney General

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Kelsey Hanson on behalf of Kelsey Hanson
Bar No. 24096654
kelsey.hanson@oag.texas.gov
Envelope ID: 108274534
Filing Code Description: Motion
Filing Description: 20251120  Appellants First MTE to file Brief
Status as of 11/20/2025 10:43 AM CST

Associated Case Party: TEXAS HEALTH AND HUMAN SERVICES COMMISSION

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Chelsea Goodman | | chelsea.goodman@oag.texas.gov | 11/20/2025 10:33:43 AM | SENT |
| Kelsey Hanson | | kelsey.hanson@oag.texas.gov | 11/20/2025 10:33:43 AM | SENT |

Associated Case Party: KENNETH  COLLIER

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Kyle Ferguson | | kyle@fergusonlawpractice.com | 11/20/2025 10:33:43 AM | SENT |
| John Ferguson | | john@fergusonlawpractice.com | 11/20/2025 10:33:43 AM | SENT |
| Meghan Rudnai | | meghan@fergusonlawpractice.com | 11/20/2025 10:33:43 AM | SENT |